**Appeal dismissed and Memorandum Opinion filed July 20, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00453-CV
_____

### LEWIS CHARLES GRAVES, Appellant

### V.

### MICHAEL EVANGELISTA-YSASAGA, Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2021-71584**

## MEMORANDUM OPINION

This appeal is from an order signed February 22, 2022, denying a motion to dismiss under the Texas Citizens Participation Act. Appellant filed a notice of appeal with the trial court indicating he was seeking review from the Texas Supreme Court,[1] and the Harris County District Clerk assigned this case to this

---

[1] The document was filed after this court resolved an interlocutory appeal from the same February 22, 2022 trial-court order in *Graves v. Evangelista-Ysasaga*, No. 14-22-00137-CV (Tex. App.—Houston [14th Dist.] Jan. 24, 2023, pet. filed).

court. The Harris County District Clerk has since informed this court that appellant filed the notice of appeal in this court in error. Accordingly, we dismiss the appeal.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.